■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO PEREZ, Appellant. [931 NYS2d 501]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur— Mazzarelli, J.P., Friedman, Catterson and Renwick, Richter JJ.